# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1082

_____

David Cazzell,                                  *
                                                *
            Appellant,                          *
                                                *   Appeal from the United States
      v.                                        *   District Court for the
                                                *   Western District of Missouri.
Bass Pro Shops Tracker Marines                  *
Group,                                          *   [UNPUBLISHED]
                                                *
            Appellee.                           *

_____

Submitted: November 17, 2009
    Filed:  December 16, 2009

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

David Cazzell appeals the district court's[1] dismissal of his employment-discrimination action. Upon de novo review, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we agree with the district court that Cazzell failed to state a claim. Further, the court's denial of Cazzell's various motions does not provide a basis for reversal. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.